## UNITED STATES MARSHAL'S QUITCLAIM DEED

**THIS DEED** made and entered into this _____ day of June, 2005, between Thomas M. Fitzgerald, United States Marshal for the Western District of Pennsylvania, whose address is Second Floor, U.S. Courthouse Building, Pittsburgh, Pennsylvania 15219, of the first part;

**AND**, ABN AMRO Mortgage Group, Inc., whose address is 2600 West Big Beaver Road, Troy, Michigan 48084-3318 of the second part;

**WITNESSETH**, that whereas, at a regular term in the United States District Court for the Western District of Pennsylvania, held in and for said District in the case entitled United States of America v. Real Property Located in City of Erie, County of Erie, PA, at Civil Action Number 02-140E, on the 4th day of June, 2004, a final order of forfeiture was entered pursuant to Title 21, United States Code, Section 881(a)(7) declaring that the herein described property was forfeited to the United States of America, copies of which Final Order of Forfeiture and Order dated June 4, 2004 are attached hereto as Exhibit A;

**WITNESSETH**, that whereas, at a regular term in the United States District Court for the Western District of Pennsylvania, held in and for said District in the case entitled United States of America v. Real Property Located in City of Erie, County of Erie, PA, at Civil Action Number 02-140E, on the ____ day of June, 2005, an order of court was entered approving the conveyance of the herein described property to ABN AMRO Mortgage Group, Inc., for consideration of its mortgage debt;

**AND, WHEREAS**, according to law, the United States Marshal is charged with the duty to dispose of said property;

**NOW, THEREFORE**, I, Thomas M. Fitzgerald, United States Marshal for said District, by virtue of my office, and by force of the statute in such cases made and provided for, and for and in consideration of the mortgage debt owed to ABN AMRO Mortgage Group, Inc., do grant, bargain, sell, set over and forever quitclaim unto ABN AMRO Mortgage Group, Inc. all the right, title, interest, and claim which the United States of America, on this date has in the

following described tract or parcel of land, to wit:

ALL that certain piece or parcel of land situate in the City of Erie, County of Erie, and the State of Pennsylvania, being Subdivision No. Ten (10) of In Lots No. 2641 and 2644, a plan or plot of which is now of record in the Recorders Office of Erie County, Pennsylvania, in Mortgage Book 35, page 296, bounded and described as follows:

Commencing at a point at the intersection of the north line of Fourth Street with the West line of Parade Street, thence westerly along the north line of Fourth Street one hundred (100) feet to a point; thence northerly and parallel with Parade Street, thirty-three (33) feet to a point; thence easterly and parallel with Fourth Street one hundred (100) feet to a point in the west line of Parade Street; thence southerly along the west line of Parade Street thirty-three (33) feet to a place of beginning, and having erected thereon a two-story brick building commonly known as 332 Parade Street, and bearing Erie County Tax Assessment Index No. (14)1012-100.

BEING the same premises conveyed to Larry E. Henry by Deed dated July 2, 1993 and recorded on January 31, 1994 in Erie County Record Book 317 at page 1013.

SUBJECT to prior restrictions, rights-of-way, building lines, leases and oil and gas leases of record and to all easements and rights of way visible and discoverable upon an inspection of the premises.

The First Party has no actual knowledge of any hazardous waste, as defined in Act No. 1980-97 of the Commonwealth of Pennsylvania, having been disposed, and none is presently being disposed, on or about the property described in this deed.

With the appurtenances: TO HAVE AND TO HOLD the same unto and for the use of the said party of the second part for themselves, their heirs, executors and assigns forever.

And the said party of the first part, for themselves, their heirs, executors and administrators covenant with the said party of the second part, their heirs and assigns against all lawful claimants the same and every part thereof to Warrant and Defend.

NOTICE - THIS DOCUMENT MAY NOT/DOES NOT SELL, CONVEY, TRANSFER, INCLUDE OR INSURE THE TITLE TO THE COAL AND RIGHT OF SUPPORT UNDERNEATH THE SURFACE LAND DESCRIBED OR REFERRED TO HEREIN, AND THE OWNER OR OWNERS OF SUCH COAL MAY HAVE/HAVE THE COMPLETE LEGAL RIGHT TO REMOVE ALL OF SUCH COAL, AND, IN THAT CONNECTION, DAMAGE MAY RESULT TO THE SURFACE OF THE LAND AND ANY HOUSE, BUILDING OR OTHER STRUCTURE ON OR IN SUCH LAND, THE INCLUSION OF THIS NOTICE DOES NOT ENLARGE, RESTRICT OR MODIFY ANY LEGAL RIGHTS OR ESTATES OTHERWISE CREATED, TRANSFERRED, EXCEPTED OR RESERVED BY THIS INSTRUMENT (This notice is set forth in the manner provided in Section 1 of the Act of July 17, 1957, P. L. 984, as amended, and is not intended as notice of unrecorded instruments, if any.)

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal this _____ day of June, 2005.

```
                                    _____
                                    Thomas M. Fitzgerald
                                    United States Marshal
                                    United States Marshal Service
                                    Western District of Pennsylvania
```

```
UNITED STATES OF AMERICA           )
                                   )     ss.
WESTERN DISTRICT OF PENNSYLVANIA   )
```

## ACKNOWLEDGEMENT

I, _____, Notary Public, do hereby certify that Thomas M. Fitzgerald, United States Marshal for the Western District of Pennsylvania, who is to me known to be the same person named in and who executed the foregoing Marshals Quitclaim Deed, this day personally appeared before me and acknowledged that he voluntarily executed the same as said United States Marshal, and for the consideration expressed therein.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed the Seal of said Court, this _____ day of June, 2005.

```
                                    _____
                                    Notary Public
```