4. The United States will convey the property to ABN AMRO Mortgage Group, Inc. for consideration of its mortgage debt by quitclaim deed in the form attached hereto as Exhibit A. ABN AMRO Mortgage Group, Inc. will reimburse the United States Marshals Service for its arrest and seizure costs in connection with the Defendant Property which costs equal $1,652.96 through June 30, 2005.

WHEREFORE, the United States of America and ABN AMRO Mortgage Group, Inc. respectfully request that the Court approve the conveyance of the Defendant Property to ABN AMRO Mortgage Group, Inc. as outlined herein.

Respectfully submitted,

Mary Beth Buchanan
United States Attorney

By: _____
Mary McKeen Houghton
Assistant U.S. Attorney
700 Grant Street, Suite 400
Pittsburgh, PA 15219
(412) 894-7370
PA ID #31929

_____
Christopher DeNardo, Esquire
Attorney for ABN AMRO Mortgage Group, Inc.