IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 02-140E |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 332 PARADE ) | |
| STREET, ERIE, PENNSYLVANIA 16507 ) | |
| including all improvements, fixtures, ) | |
| and appurtenances thereto or therein. ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within United States' Joint Motion was served by first class mail, postage prepaid, this 5th day of July, 2005 upon the following:

> Christopher A. DeNardo, Esquire
> Thomas I. Puleo, L.L.C.
> 660 Sentry Parkway, Suite 210
> Blue Bell, Pennsylvania 19422
> Attorney for ABN AMRO Mortgage Group, Inc.

_____
Mary McKeen Houghton
Assistant United States Attorney
700 Grant Street, Suite 400
Pittsburgh, PA 15219
(412) 894-7370
PA ID 31929